| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | ERIKA R. FRICK (CABN 208150)<br>Assistant United States Attorneys |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6973 |
| 7 | Facsimile: (415) 436-7234<br>E-Mail: erika.frick@usdoj.gov |

**FILED**

AUG 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**NJV**

#1 08 70554

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| Plaintiff, | ) | |
| | ) | NOTICE OF PROCEEDINGS ON |
| v. | ) | OUT-OF-DISTRICT CRIMINAL |
| | ) | CHARGES PURSUANT TO RULES |
| VERNON RUSSELL MARKUSSEN | ) | 5(c)(2) AND (3) OF THE FEDERAL RULES |
| | ) | OF CRIMINAL PROCEDURE |
| Defendant. | ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on Aug 21, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☒ Indictment

☐ Information

☐ Criminal Complaint

☐ Other (describe) _____

pending in the _____ District of Nevada, Case Number CR 08-CR-0074 HDM-YPC.

1

1  In that case, the defendant is charged with the following violations:

2  <u>See attached</u>

3  <u>18 USC 2242(2)(A), 1151, and 1153</u>

4

5  Description of Charges:

6

7  <u>Sexual abuse</u>

8

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 8/21/08

ERIKA R. FRICK
Assistant U.S. Attorney

GREGORY A. BROWER
United States Attorney
SUE FAHAMI
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Attorneys for Plaintiff

3:08-cr-0074-HDM-VPC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )   Criminal No.
                               )
            Plaintiff,         )
                               )
      v.                       )   **INDICTMENT FOR VIOLATION OF:**
                               )
                               )   **TITLE 18 UNITED STATES CODE**
VERNON RUSSELL MARKUSSEN,      )   **SECTIONS 2242(2)(A), 1151, 1153**
                               )   **Sexual Abuse**
            Defendant.         )
                               )

THE GRAND JURY CHARGES THAT:

On or about the 12th day of July, 2008, in the District of Nevada, and within the boundaries of the Carson Indian Colony, Nevada, Indian Country of the United States, VERNON RUSSELL MARKUSSEN, an Indian, did knowingly engage in a sexual act, to wit, contact between the penis and vulva, with R.S. DOB 01/04/82, who was, at that time, incapable of appraising the nature of the conduct, all in violation of Title 18, United States Code, Sections 2242(2)(A), 1151 and 1153.

A TRUE BILL:

/S/

FOREPERSON

GREGORY A. BROWER
United States Attorney

SUE FAHAMI
Assistant United States Attorney

| FD-448<br>Revised<br>10-27-2004 | FEDERAL BUREAU OF INVESTIGATION<br>**FACSIMILE COVER SHEET** |
|---|---|

## PRECEDENCE

| ○ Immediate | ○ Priority | ⊙ Routine |
|---|---|---|

## CLASSIFICATION

| ○ Top Secret | ○ Secret | ○ Confidential | ○ Sensitive | ⊙ Unclassified |
|---|---|---|---|---|

## TO

Name of Office: **US Attorney's Office**
Facsimile Number: **415-436-7234**
Date: **08/21/2008**

Attn: **AUSA Erika Frick**
Room:
Telephone Number:

## FROM

Name of Office: **FBI Eureka**
Number of Pages: (including cover) **3**

Originator's Name: **SA Tom Calhoon**
Originator's Telephone Number: **707-476-4664**
Originator's Facsimile Number: **707-476-4670**

Approved:

## DETAILS

Subject:
**Arrest Warrant for Vernon Russell Markussen**

Special Handling Instructions:
**None**

Brief Description of Communication Faxed:

**WARNING**

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of NEVADA

UNITED STATES OF AMERICA

V.

VERNON RUSSELL MARKUSSEN

**WARRANT FOR ARREST**

Case Number: 3:08-cr-0074-HDM-VPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    VERNON RUSSELL MARKUSSEN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

SEXUAL ABUSE (ONE COUNT)

in violation of Title 18 United States Code, Section(s) 2242(2)(A)

VALERIE P. COOKE
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

August 20, 2008 RENO, NEVADA
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



| COMMERCIAL DRIVER LICENSE | |
|---|---|
| LIC# 0200946006 | EXPIRES 04-21-2012 |

I, VERNON RUSSELL
400 SHOSHONE ST
CARSON CITY, NV 897036236