rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 8 mins | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK | | | REPORTER/FTR 1:41-1:49 | | |
| MAGISTRATE JUDGE NANDOR J. VADAS | | DATE 8/22/08 | | | NEW CASE ☐ | CASE NUMBER 3 08 70554 | |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT Vernon Russell Markussen | | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Fran Greenleaf | | PD. ☐ RET. ☐ APPT. ☒ |
| U.S. ATTORNEY Erika Frick by phone | | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ | COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ | PARTIAL PAYMENT ☐ OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR | | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | | ☐ ARRAIGNMENT | | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | | ☒ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME | | |

FILED
AUG 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ARRAIGNMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |

| RELEASE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |

| PLEA | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | |

| CONTINUANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| TO: | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | | ☐ STATUS / TRIAL SET |
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | | ☐ CHANGE OF PLEA | | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|
| Defendant ordered removed to the District of Nevada for further proceedings. Defendant's attorney will contact public defender in Nevada. |