Revised 5/03 S/WV

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF California

UNITED STATES OF AMERICA

v.

Vernon Russell Markussen
*Defendant*

**WAIVER OF RULE 5 and 5.1 HEARINGS**
(Complaint/Indictment)

JUDGE: Nandor J Vadas

CASE NUMBER: 3 08 70554 NJV
CASE NUMBER: 3 08 CR 0074 HDM-VPC

FILED AUG 22 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I understand that charges are pending in the District of Nevada

alleging violation of Title 18 (Title and Section) USC §§ 2242(2)(A), 1151 and 1153 and that I have been arrested in this district and taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing in any district

(X) identity hearing and have been informed I have no right to a preliminary hearing (in the case of an indictment)

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

*Defendant* [signature]

Date 8/22/08    *Defense Counsel* [signature]