AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

**NORTHERN** District of **CALIFORNIA**

FILED AUG 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| VERNON RUSSELL MARKUSSEN | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern California | Nevada | 3 08 70554 | 08-CR-0074 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☑ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  18  U.S.C. §  2242(2)(A) 1152 and 1153

**DISTRICT OF OFFENSE**
Nevada

**DESCRIPTION OF CHARGES:**
Sexual Abuse

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California.
By _____ Deputy Clerk
Date 8/25/08

**CURRENT BOND STATUS:**
☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☐ Federal Defender Organization | ☑ CJA Attorney | ☐ None |
| Interpreter Required? | ☑ No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8/25/2008
Date                Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 8/25/2008 | Washoe County Jail, Reno, NV | 8/25/08 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 8/25/08 | GARY D. ORTON | Donald A. [signature] |